[Civ. No. 9637. First Appellate District, Division One.—January 14, 1935.]

T. P. MINEHAN et al., Plaintiffs, v. I. V. SILVERIA et al., Defendants.

Carl R. Schulz for Plaintiffs.

John J. Jones for Defendants.

TYLER, P. J.— Suggestion of diminution and notice to correct record. Appellant in support of his application claims that the transcription of testimony in a prior trial is improperly contained in the transcript on appeal herein. The record and the certificate of the judge to the transcript show otherwise. The motion is denied.

Knight, J., and Cashin, J., concurred.